No. 04–623. GONZALES, ATTORNEY GENERAL, ET AL. *v.* OREGON ET AL. C. A. 9th Cir. Certiorari granted.

No. 04–698. SCHAFFER, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, SCHAFFER ET VIR, ET AL. *v.* WEAST, SUPERINTENDENT, MONTGOMERY COUNTY PUBLIC SCHOOLS, ET AL. C. A. 4th Cir. Certiorari granted.

No. 03–660. FREEMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 03–1415. RAYMOND ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–1551. BIEHL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 03–10453. REYES VALDEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–231. BARBER FOODS, INC., DBA BARBER FOODS *v.* TUM ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–251. DEMISSIE ET AL. *v.* GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–332. LEBRUN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–339. EVANGELISTA *v.* GONZALES, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–367. DEWAAL *v.* ALSTON ET AL. C. A. 10th Cir. Certiorari denied.